# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**WILLIAM F. ANDERSON, JENNIFER B. ANDERSON,**<br><br>**Defendants.** | **1:15-CV-825-LJO-BAM**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 6) AND REMANDING ACTION TO TULARE COUNTY SUPERIOR COURT, VISALIA DIVISION** |

On June 8, 2015, the Magistrate Judge issued Findings and Recommendations that this action be remanded to the Tulare County Superior Court, Visalia Division. These Findings and Recommendations were served on all parties appearing in this action and included notice that any objections to the Findings and Recommendations were to be filed within fourteen (14) court days of the date of service of the order. More than fourteen (14) court days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that this case be REMANDED to the Tulare County Superior Court, Visalia Division, pursuant to 28 U.S.C. § 1447(c), for lack of federal subject matter jurisdiction. The Clerk of Court is directed to take necessary action to remand this case to the Tulare County Superior Court, Visalia Division, and also is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   __June 25, 2015__          ____/s/ Lawrence J. O'Neill____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25