# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE L. YOUNGBLOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLARK, et al.,<br><br>　　　　Defendants.<br>_____ / | Case No. 1:15-cv-01746-AWI-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE CORRECT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF IN FORMA PAUPERIS APPLICATION FOR A PRISONER |

　　　　Plaintiff Jesse L. Youngblood, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 18, 2015.  On that same day, Plaintiff also filed an application to proceed in forma pauperis. (ECF No. 2.)

　　　　Plaintiff only submitted a partially-completed application, and used the application form for a petitioner seeking a writ of habeas corpus in the Central District of California. In order to properly assess Plaintiff's application, he must submit the correct, completed form.

　　　　Accordingly, it is HEREBY ORDERED as follows:

　　　　1.　　The Clerk's Office shall send to plaintiff an application to proceed in forma pauperis for a prisoner;

　　　　2.　　Within thirty (30) days from the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis for a prisoner, or in the alternative, pay the $400.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated:   **December 1, 2015**              /s/ Barbara A. McAuliffe            
                                                              UNITED STATES MAGISTRATE JUDGE

2